**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-1113**

---

GLENN D. GUTHRIE,

Plaintiff - Appellant,

versus

CENTRAL DISTRIBUTING COMPANY, INCORPORATED, a
corporation; CHAUFFEURS, TEAMSTERS AND HELPERS
LOCAL UNION NO. 175,

Defendants - Appellees,

and

905 INCORPORATED, d/b/a Central Distributing
Company, Incorporated, a corporation,

Defendant.

---

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston. Charles H. Haden II, Chief District Judge. (CA-99-714-2)

---

Submitted: June 15, 2000          Decided: June 21, 2000

---

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

David D. Molgaard, Charleston, West Virginia, for Appellant. Charles F. Donnelly, DONNELLY & CARBONE, P.L.L.C., Charleston, West Virginia; Frederick F. Holroyd, II, HOLROYD & YOST, Charleston, West Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Glenn D. Guthrie appeals the district court's order granting summary judgment to the defendants. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Guthrie v. Central Distributing Company, Inc., No. CA-99-714-2 (S.D.W. Va. Nov. 17 & Dec. 23, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED